Charles C. Taber et al., Respondents, *v.* The New York Elevated Railroad Company, Appellant.

(Argued June 7, 1892; decided October 1, 1892.)

Appeal from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made November 5, 1890, which affirmed a judgment in favor of plaintiff entered upon a verdict.

*Brainard Tolles* for appellant.

*John E. Parsons* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

———————

Emma A. Porth, Respondent, *v.* The Manhattan Railway Company et al., Appellants.

(Argued June 8, 1892; decided October 1, 1892.)

Appeal from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made

November 3, 1890, which affirmed a judgment in favor of plaintiff, entered upon a decision of the court on trial at Special Term.

*Samuel Blythe Rogers* for appellants.

*James B. Ludlow* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.